**Order entered May 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00131-CV

### JPMORGAN CHASE BANK, N.A., Appellant

### V.

### SOFIA BORQUEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CRESENCIO BORQUEZ, MERCEDES BORQUEZ, INDIVIDUALLY, AND JOEL BORQUEZ, INDIVIDUALLY, Appellees

### On Appeal from the County Court at Law No. 1
### Dallas County, Texas
### Trial Court Cause No. CC-09-09096-A

## ORDER

On April 23, 2014, we granted official court reporter Cathye Moreno's request for an additional thirty days to file the record. In her request, Ms. Moreno explained a sub-reporter needed the extension.

The additional thirty days requested to prepare and file the record have passed, and to date, no record has been filed. Accordingly, we **ORDER** Ms. Moreno to file, no later than June 9, 2014, either the record or an extension motion explaining the delay in filing the record and specifying the additional time period needed to file the record. If a further extension is necessitated by the sub-reporter, Ms. Moreno shall include the sub-reporter's name and contact information.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to (1) Ms. Moreno, (2) the Honorable D'Metria Benson, Presiding Judge of County Court at Law No. 1, and (3) the parties.

/s/     ELIZABETH LANG-MIERS
         JUSTICE